■ In the Matter of HELEN K., Appellant, v MICHELLE W., Respondent. [651 NYS2d 334] —In a child custody proceeding pursuant to Family Court Act article 6, the petitioner appeals from an order of the Family Court, Kings County (Palmer, J.), dated July 11, 1994, which granted custody of the child to the respondent Michelle W.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Miller, J. P., Ritter, Pizzuto and Santucci, JJ., concur.